# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Dillon

V.

United Processing Inc

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv1235-JM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the motion for default judgment, and awards judgment in favor of Plaintiff in the amount of $22,286..................................................................................................................................................................................................................................................................................................................

| July 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON July 14, 2009 |

08cv1235-JM(NLS)